# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Khadijah A. Ramadan<br>             <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 14-11436 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF ONE WILLIAM STREET REMIC TRUST 2012-1 and index same on the master mailing list.

Re: Loan # Ending In: 8457

                                                Respectfully submitted,

                                                **/s/Denise Carlon, Esquire**
                                                Denise Carlon, Esquire
                                                Thomas Puleo, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322  FAX (215) 627-7734