United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 14-11436-elf
Khadijah A. Ramadan                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Oct 25, 2017
                                   Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2017.
13865114      +U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS,   Nationstar Mortgage LLC,   PO Box 619096,
               Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2017 at the address(es) listed below:
        ALEXANDRA T. GARCIA   on behalf of Debtor Khadijah A. Ramadan ecfmail@mwc-law.com
        ANN E. SWARTZ   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION ecfmail@mwc-law.com,
         ecfmail@mwc-law.com
        CELINE P. DERKRIKORIAN   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION
         ecfmail@mwc-law.com
        DENISE ELIZABETH CARLON   on behalf of Creditor   U.S. Bank National Association, not in its
         individual capacity but solely as Trustee of One William Street REMIC Trust 2012-1
         bkgroup@kmllawgroup.com
        DIANE E. BARR   on behalf of Debtor Khadijah A. Ramadan barrdupree09@yahoo.com,   dbarrcg@aol.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                   TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-11436-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Khadijah A. Ramadan
6019 Christian Street
Philadelphia PA 19143

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/20/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 | US Bank National Association, inidivdual Trustee on behalf of the OWS REMIC Trust 2012-1 C/O Selene Finance LP 9990 Richmond Ave Suite 400 South Houston, TX 75042 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/27/17

Tim McGrath
**CLERK OF THE COURT**