Certificate Number: 14912-PAE-DE-032354530

Bankruptcy Case Number: 14-11436



14912-PAE-DE-032354530

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2019, at 10:37 o'clock PM EST, Khadijah Ramadan completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 26, 2019            By:    /s/Jai Bhatt

                                                    Name:  Jai Bhatt

                                                    Title:   Counselor