United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Khadijah A. Ramadan
    Debtor

Case No. 14-11436-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 2      Date Rcvd: Jun 13, 2019
                      Form ID: 138NEW      Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.
```
db             +Khadijah A. Ramadan,    6019 Christian Street,    Philadelphia, PA 19143-2313
13331122       +U.S Bank National Association,    c/o Seneca Mortgage Servicing,    3374 Walden Avenue, Suite 120,
                 Depew, New York 14043-2437
13865114       +U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
14001654       +US Bank National Association,,    inidivdual Trustee on behalf of the,    OWS REMIC Trust 2012-1,
                 C/O Selene Finance LP,    9990 Richmond Ave Suite 400 South,    Houston, TX 77042-4546
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2019 03:31:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2019 03:31:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13348748        E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:20     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13287415        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 14 2019 03:31:50     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-
13385926        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2019 03:25:18
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13385925        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2019 03:25:19
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13291724       +E-mail/Text: csidl@sbcglobal.net Jun 14 2019 03:31:58     Premier Bankcard/Charter,
                 PO Box 2208,    Vacaville, CA 95696-8208
13283012        E-mail/Text: bnc-quantum@quantum3group.com Jun 14 2019 03:31:03
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13271333        E-mail/Text: appebnmailbox@sprint.com Jun 14 2019 03:31:33     Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13252239      ##+AMS Servicing,    3374 Walden Avenue,    Depew, NY 14043-2437
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Debtor Khadijah A. Ramadan ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               ecfmail@mwc-law.com
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Jun 13, 2019
                              Form ID: 138NEW              Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee of One William Street REMIC Trust 2012-1 bkgroup@kmllawgroup.com
        DIANE E. BARR    on behalf of Debtor Khadijah A. Ramadan thelawofficeofdianebarr@yahoo.com, dbarrcg@aol.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee of One William Street REMIC Trust 2012-1 bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Khadijah A. Ramadan

    Debtor(s)

Bankruptcy No: 14–11436–elf
Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                  For The Court
                                  Timothy B. McGrath
                                  Clerk of Court

Dated: 6/13/19

                                  61 – 59
                                Form 138_new