United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-11436-elf
Khadijah A. Ramadan                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: Jul 05, 2019
                             Form ID: 3180W        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2019.
db          +Khadijah A. Ramadan,    6019 Christian Street,    Philadelphia, PA 19143-2313
14001654    +US Bank National Association,,    inidivdual Trustee on behalf of the,    OWS REMIC Trust 2012-1,
             C/O Selene Finance LP,    9990 Richmond Ave Suite 400 South,    Houston, TX 77042-4546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jul 06 2019 00:12:48     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2019 00:12:23
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 06 2019 00:12:37     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13348748     E-mail/Text: megan.harper@phila.gov Jul 06 2019 00:12:48     City of Philadelphia,
             Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA  19102-1595
13287415     EDI: JEFFERSONCAP.COM Jul 06 2019 04:13:00     Jefferson Capital Systems LLC,    Po Box 7999,
             Saint Cloud Mn 56302-
13385926     EDI: RESURGENT.COM Jul 06 2019 04:13:00     LVNV Funding, LLC its successors and assigns as,
             assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
13385925     EDI: RESURGENT.COM Jul 06 2019 04:13:00     LVNV Funding, LLC its successors and assigns as,
             assignee of GE Money Bank,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
13291724    +E-mail/Text: csidl@sbcglobal.net Jul 06 2019 00:12:37     Premier Bankcard/Charter,
             PO Box 2208,    Vacaville, CA 95696-8208
13283012     EDI: Q3G.COM Jul 06 2019 04:13:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
             PO Box 788,    Kirkland, WA  98083-0788
13271333     EDI: NEXTEL.COM Jul 06 2019 04:13:00     Sprint Corp.,    Attn Bankruptcy Dept,    PO Box 7949,
             Overland Park KS 66207-0949
                                                                                    TOTAL: 10

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 4, 2019 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Debtor Khadijah A. Ramadan ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          CELINE P. DERRKRIKORIAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
           ecfmail@mwc-law.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, not in its
           individual capacity but solely as Trustee of One William Street REMIC Trust 2012-1
           bkgroup@kmllawgroup.com
          DIANE E. BARR    on behalf of Debtor Khadijah A. Ramadan thelawofficeofdianebarr@yahoo.com,
           dbarrcg@aol.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its
           individual capacity but solely as Trustee of One William Street REMIC Trust 2012-1
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2          User: admin              Page 2 of 2           Date Rcvd: Jul 05, 2019
                             Form ID: 3180W           Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
              philaecf@gmail.com
           WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                                                      TOTAL: 9

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Khadijah A. Ramadan** | | Social Security number or ITIN   **xxx–xx–2049** |
| | First Name   Middle Name   Last Name | | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | | |
| Case number:   **14–11436–elf** | | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Khadijah A. Ramadan

7/4/19

**By the court:**   Eric L. Frank
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W | **Chapter 13 Discharge** | page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**