United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Khadijah A. Ramadan  
    Debtor

Case No. 14-11436-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jul 19, 2019  
                    Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.  
db          +Khadijah A. Ramadan,   6019 Christian Street,   Philadelphia, PA 19143-2313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:

      ALEXANDRA T. GARCIA   on behalf of Debtor Khadijah A. Ramadan ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
      ANN E. SWARTZ   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
      CELINE P. DERKRIKORIAN   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION ecfmail@mwc-law.com  
      DENISE ELIZABETH CARLON   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee of One William Street REMIC Trust 2012-1 bkgroup@kmllawgroup.com  
      DIANE E. BARR   on behalf of Debtor Khadijah A. Ramadan thelawofficeofdianebarr@yahoo.com, dbarrcg@aol.com  
      REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee of One William Street REMIC Trust 2012-1 bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com

                                  TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Khadijah A. Ramadan                                    : Case No. 14–11436–elf
     Debtor(s)

***ORDER***
_____

    AND NOW, this day , 19th day of July, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                         By The Court

                         Eric L. Frank
                         Judge , United States Bankruptcy Court